CONTINENTAL CASUALTY COMPANY, a corporation, v. CITY OF ST. PETERSBURG, a municipal corporation under the laws of Florida.

4 So. (2nd) 877
Division B
Opinion Filed October 3, 1941

*McKay, Macfarlane, Jackson & Ferguson,* and *Wylie & Warren,* for Plaintiff in Error;

236

*Carroll R. Runyon* and *Harry I. Young,* for Defendant in Error.

PER CURIAM.—From an examination of the record and the briefs in this case no harmful error has been made clearly to appear, therefore, the judgment is affirmed.

BROWN, C. J., TERRELL, CHAPMAN, and THOMAS, J. J., concur.